# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

W.J. MINNER

**JUDGMENT IN A CIVIL CASE**

v.

JO ANNE B. BARNHART,
Commissioner of Social Security

CASE NUMBER: 04-2778-T

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 04/18/05, the Commissioner's Motion to Remand is GRANTED. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to an administrative law judge for a new hearing and decision. Upon remand, the Commissioner shall take action consistent with the aforementioned order.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

4/20/05                        BY:  C. Herd
_____                  _____
DATE                               DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 04-21-05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02778 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT